FILED
OCT 15 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:  SUBPOENA  )  Case No. 4:19MC00772FRB
)
)  **FILED UNDER SEAL**

## ORDER

The United States has submitted an application pursuant to Title 18, U.S.C. Section 2705(b), requesting that the Court issue an Order directing GitHub, Inc., hereinafter referred to as "the electronic communication or remote computing service provider," not to notify any person, including the subscribers or customers of the account(s), of the existence of a subpoena for a period of one year from the date of this Order. The subpoena requests information related to the following user account:

**5star.designstudio2018@gmail.com**

The United States intends to issue the Grand Jury subpoena for the identified account(s) pursuant to Title 18, U.S.C. Section 2703. The subpoena requires the electronic communication or remote computing service provider to disclose certain records and information within the categories identified in Title 18, U.S.C. Section 2703(c)(2). The Court determines that there is reason to believe that notification of the existence of the subpoena will seriously jeopardize the investigation, including by giving the subjects an opportunity to: flee, destroy, and/or tamper with evidence; change patterns of behavior; or notify confederates. *See* Title 18, U.S.C. Section 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant Title 18, U.S.C., Section 2705(b) that the Application, subpoena, and this Order be sealed and that the Service Provider shall not disclose the existence of the Application, subpoena and this Order for a period of one year from the date of

this Order, except that the Service Provider may disclose the subpoena to an attorney for the Service Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED, pursuant to Title 18, U.S.C., Section 2705(b), that the Application, subpoena, and this Order be sealed until further Order of the Court.

SO ORDERED this 15th day of October, 2019.

*Frederick R. Buckles*
HONORABLE FREDERICK R. BUCKLES
United States Magistrate Judge